Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CASEY BLOTZER,** Individually and On Behalf of All Others Similarly Situated**,** <br><br> Plaintiff, <br><br> vs. <br><br> **PAYCHEX, INC,** <br><br> Defendant. | Case No. 8:14-cv-01736-JLS-AN <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 19th day of December, 2014.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 19th day of December, 2014, with:

United States District Court CM/ECF system

And served by mail to:

Paychex, Inc.
CT CORPORATION SYSTEM
818 West Seventh St., 2nd Fl
Los Angeles, CA 90017

Notification sent on this 19th day of December, 2014, via the ECF system to:

Honorable Judge Josephine L. Staton
Judge of the United States District Court
Central District of California

By: s/Todd M. Friedman
    Todd M. Friedman